# UNITED STATES BANKRUPTCY COURT
## EASTERN    DIST    OF    PENNSYLVANIA

IN RE:                              CASE    **15-15568**
DEBTOR: **WILSON GOMEZ**                    CHAPTER 13
                7569

### APPEARANCE AND REQUEST FOR NOTICE

TO THE HONORABLE CLERK OF SAID COURT, THE DEBTOR AND ALL CREDITORS AND OTHER PARTIES IN INTEREST:

Please take notice that the undersigned hereby appears pursuant to Bankruptcy Rules 2002(g) and 9010(b) as the representative for the following creditor and party in the interest of TEXAS GUARANTEED STUDENT LOAN CORPORATION .  Please send copies of all pleadings, notices, and other documents filed in this case to the following address on behalf of this party:

Texas Guar Student Loan Corp(TGSLC)
Attn: Bankruptcy Unit
PO Box 83100
Round Rock, TX 78683-3100


Respectfully submitted by:/s/Dale Kern_____
                        Dale Kern Team Leader/Bankruptcy

### CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was forwarded to all interested parties via electronic notice from the U.S. Bankruptcy Clerk's Office and/or U.S. First Class Mail, postage prepaid on
     January 23, 2017

        Court:  PHILADELPHIA, PA




        Attorney:  PAUL YOUNG




        Trustee:  WILLIAM MILLER