**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    WILSON H. GOMEZ | : | |
|    and MARIA C. GOMEZ | : | |
|         Debtors | : | Bky. No. 15-15568  ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #46) is **APPROVED**.

**Date: January 24, 2017**

                                        **ERIC L. FRANK**
                                        **CHIEF U.S. BANKRUPTCY JUDGE**