Certificate of Notice    Page 1 of 2

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Wilson H. Gomez  
Maria C. Gomez  
      Debtors

Case No. 15-15568-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Jan 25, 2017  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2017.  
db/jdb       +Wilson H. Gomez,    Maria C. Gomez,    1845 Adams Way,    Jamison, PA 18929-1796

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2017                                         Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2017 at the address(es) listed below:  
           JOSHUA ISAAC GOLDMAN    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...  
            bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           PAUL H. YOUNG    on behalf of Joint Debtor Maria C. Gomez ykassoc@gmail.com,    ykaecf@gmail.com,  
            paullawyers@gmail.com,pyoung@ymalaw.com  
           PAUL H. YOUNG    on behalf of Debtor Wilson H. Gomez ykassoc@gmail.com,    ykaecf@gmail.com,  
            paullawyers@gmail.com,pyoung@ymalaw.com  
           THOMAS I. PULEO    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...  
            tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
           WILLIAM C. MILLER     ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                          TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    WILSON H. GOMEZ | : | |
|    and MARIA C. GOMEZ | : | |
|            Debtors | : | Bky. No. 15-15568  ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #46) is **APPROVED**.

**Date: January 24, 2017**

                                            **ERIC L. FRANK**
                                            **CHIEF U.S. BANKRUPTCY JUDGE**