UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: WILSON and MARIA GOMEZ          :     CHAPTER 13
              Debtors          :     BANKRUPTCY NO.
                                                    :     15-15568

## ORDER TO ALLOW COUNSEL FEES

AND NOW, upon consideration of the foregoing Application and upon Notice, Opportunity for Hearing and Certification of No Objection, counsel fees are allowed in the following amount:

    Counsel fee: $3,000
    Total paid by Debtors prepetition: $1,000
    $2,000 to be paid in Plan to the extent provided for in the confirmed plan.

Date: 3/22/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**