United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Wilson H. Gomez
Maria C. Gomez
    Debtors

Case No. 15-15568-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia        Page 1 of 1        Date Rcvd: Mar 22, 2017
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2017.
db/jdb       +Wilson H. Gomez,   Maria C. Gomez,   1845 Adams Way,   Jamison, PA 18929-1796

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2017                                                            Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2017 at the address(es) listed below:
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   THE BANK OF NEW YORK MELLON Et Al...
         bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
        PAUL H. YOUNG   on behalf of Joint Debtor Maria C. Gomez ykassoc@gmail.com,   ykaecf@gmail.com,
         paullawyers@gmail.com,pyoung@ymalaw.com
        PAUL H. YOUNG   on behalf of Debtor Wilson H. Gomez ykassoc@gmail.com,   ykaecf@gmail.com,
         paullawyers@gmail.com,pyoung@ymalaw.com
        THOMAS I. PULEO   on behalf of Creditor   THE BANK OF NEW YORK MELLON Et Al...
         tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: WILSON and MARIA GOMEZ          :    CHAPTER 13
                 Debtors                      :    BANKRUPTCY NO.
                                                :     15-15568

### ORDER TO ALLOW COUNSEL FEES

AND NOW, upon consideration of the foregoing Application and upon Notice, Opportunity for Hearing and Certification of No Objection, counsel fees are allowed in the following amount:

     Counsel fee: $3,000
     Total paid by Debtors prepetition: $1,000
     $2,000 to be paid in Plan to the extent provided for in the confirmed plan.

Date: 3/22/17                                 _____
                                                      **ERIC L. FRANK**
                                                      **CHIEF U.S. BANKRUPTCY JUDGE**