**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| IN RE: | Case No. 15-15568-ELF |
| | Chapter 13 |
| MARIA C. GOMEZ | |
| WILSON H. GOMEZ | |
| Debtor(s). | |

## NOTICE OF APPEARANCE

**The Bank of New York Mellon**[1,2], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

**William E. Miller, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

Dated this 23rd day of May, 2017.

By:  */s/ William E. Miller, Esquire*
William E. Miller, Esquire, Bar No: 308951
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
wmiller@sterneisenberg.com
Attorney for Creditor

---

1  Full title of Creditor is as follows: The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-11CB Mortgage Pass-Through Certificates, Series 2006-11CB.
2  This Loan is currently serviced by Shellpoint Mortgage Servicing.
3  For reference, the property address associated with the undersigned's representation is 1845 Adams Way, Jamison, PA 18929.

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been sent by electronic means via the Court's CM/ECF notification system this 22nd day of May, 2017, to the following:

Paul H. Young, Esquire
Young, Klein & Associates
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020
*Attorney for Debtor(s)*

William C. Miller, Esquire
1234 Market Street
Suite 1813
Philadelphia, PA 19107
*Chapter13 Trustee*

Office of the U.S. Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Maria C. Gomez
1845 Adams Way
Jamison, PA 18929

Wilson H. Gomez
1845 Adams Way
Jamison, PA 18929
*Debtor(s)*

Dated this 23rd day of May, 2017.

By: __/s/ *Aaron Kale, Legal Assistant*__
Aaron Kale, Legal Assistant
Stern & Eisenberg, PC
1581 Main Street, Suite 200
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
akale@sterneisenberg.com