STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PENNSYLVANIA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Wilson H. Gomez and Maria C. Gomez
    Debtor(s)
The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-11CB Mortgage Pass-Through Certificates, Series 2006-11CB
    Creditor/ Movant
v.
Wilson H. Gomez and Maria C. Gomez
    Respondents

Chapter 13

Bankruptcy Case:  15-15568-ELF

Judge: Eric L. Frank

**O R D E R**

AND NOW, this 26th day of June, 2017 upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-11CB Mortgage Pass-Through Certificates, Series 2006-11CB and any successor in interest and Debtors, Wilson H. Gomez and Maria C. Gomez, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is **ORDERED** that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-11CB Mortgage Pass-Through Certificates, Series 2006-11CB and any successor in interest, to proceed enforce its *in rem rights* under state and federal law concerning the Property (the "Property"): *1845 Adams Way, Jamison, PA 18929*.

It is further **ORDERED** that the 14-day stay pursuant to B K R P  4001(a)(3) is hereby waived.

                     _____
                     **ERIC L. FRANK**
                     **CHIEF U.S. BANKRUPTCY JUDGE**