United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Wilson H. Gomez  
Maria C. Gomez  
    Debtors

Case No. 15-15568-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Jun 26, 2017  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2017.  
db/jdb         +Wilson H. Gomez,    Maria C. Gomez,    1845 Adams Way,    Jamison, PA 18929-1796

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2017                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2017 at the address(es) listed below:  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...  
          bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         PAUL H. YOUNG     on behalf of Debtor Wilson H. Gomez ykassoc@gmail.com,    ykaecf@gmail.com,  
          paullawyers@gmail.com,pyoung@ymalaw.com  
         PAUL H. YOUNG     on behalf of Joint Debtor Maria C. Gomez ykassoc@gmail.com,    ykaecf@gmail.com,  
          paullawyers@gmail.com,pyoung@ymalaw.com  
         THOMAS I. PULEO    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...  
          tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com  
         WILLIAM EDWARD MILLER    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...  
          wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com  
         WILLIAM EDWARD MILLER    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New  
          York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-11CB  
          Mortgage Pass-Through Certificates, Series 2006-11CB wmiller@sterneisenberg.com,  
          bkecf@sterneisenberg.com  
                                                                                                         TOTAL: 8

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PENNSYLVANIA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Wilson H. Gomez and Maria C. Gomez
    Debtor(s)

The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-11CB Mortgage Pass-Through Certificates, Series 2006-11CB
    Creditor/ Movant

v.

Wilson H. Gomez and Maria C. Gomez
    Respondents

Chapter 13

Bankruptcy Case: 15-15568-ELF

Judge: Eric L. Frank

**O R D E R**

AND NOW, this 26th day of June, 2017 upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-11CB Mortgage Pass-Through Certificates, Series 2006-11CB and any successor in interest and Debtors, Wilson H. Gomez and Maria C. Gomez, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is **ORDERED** that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-11CB Mortgage Pass-Through Certificates, Series 2006-11CB and any successor in interest, to proceed enforce its *in rem rights* under state and federal law concerning the Property (the "Property"): *1845 Adams Way, Jamison, PA 18929*.

It is further **ORDERED** that the 14-day stay pursuant to B K R P 4001(a)(3) is hereby waived.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**