**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

WILSON H. GOMEZ                             Chapter 13
MARIA C. GOMEZ

      Debtor   Bankruptcy No. 15-15568-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

  **AND NOW**, this _____ day of _____, 201\_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

  **ORDERED**, that any wage orders are hereby vacated.

**Date: December 13, 2017**

          _____
          Eric L. Frank
          ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020

Debtor:
WILSON H. GOMEZ
MARIA C. GOMEZ
1845 ADAMS WAY

JAMISON, PA 18929