United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-15568-elf
Wilson H. Gomez                                                         Chapter 13
Maria C. Gomez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: Dec 14, 2017
                              Form ID: pdf900         Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2017.
```
db/jdb         +Wilson H. Gomez,    Maria C. Gomez,    1845 Adams Way,    Jamison, PA 18929-1796
cr             +The Bank of New York Mellon fka The Bank of New Yo,    Stern & Eisenberg, PC,
                 1581 Main Street, Suite 200,    Warrington, PA 18976-3400
13575121       +Acs/dep Of Ed Stdnt Ln,    Acs,    Po Box 7051,    Utica, NY 13504-7051
13575122       +Acs/dep Of Ed Stdnt Ln,    501 Bleecker St,    Utica, NY 13501-2401
13575125       +American Express,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
13575124       +American Express,    American Express Special Research,    Po Box 981540,
                 El Paso, TX 79998-1540
13636579        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13575128      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
13575129       +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
13615247        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13615070        ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
13575138       +McCabe, Wiesberg & Conway, PC,    123 S. Broad Street,    Ste. 2080,
                 Philadelphia, PA 19109-1031
13575140       +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13605080       +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW,    c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,    Greenville, SC 29603-0826
13575141      ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
               (address filed with court: Wach/rec,    Po Box 50014,    Roanoke, VA 24040)
13575142        Wach/rec,    P O Box 3117,    Sioux Falls, SD 57117
13575143       +Young, Klein & Associates, LLC,    3554 Hulmeville Road,    Suite 102,    Bensalem, PA 19020-4366
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Dec 15 2017 01:24:37      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 15 2017 01:24:11
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 15 2017 01:24:21      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bkyelectnotices@tgslc.org Dec 15 2017 01:24:20
                 Texas Guaranteed Student Loan Corporation,     PO Box 83100,    Round Rock, TX  78683-3100
13575120       +E-mail/Text: bknotices@conduent.com Dec 15 2017 01:24:46      Acs/college Loan Corp,
                 501 Bleecker St,    Utica, NY 13501-2401
13575123       +E-mail/Text: bknotices@conduent.com Dec 15 2017 01:24:46      Acs/wells Fargo,    501 Bleecker St,
                 Utica, NY 13501-2401
13575127       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Dec 15 2017 01:24:11      Asset Acceptance Llc,
                 Po Box 1630,    Warren, MI 48090-1630
13575126       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Dec 15 2017 01:24:11      Asset Acceptance Llc,
                 Attention: Bankruptcy,    Po Box 2036,    Warren, MI 48090-2036
13575131       +E-mail/Text: bankruptcy@cavps.com Dec 15 2017 01:24:18      Calvary Portfolio Services,
                 7 Skyline Dr Ste 3,    Hawthorne, NY 10532-2162
13575130       +E-mail/Text: bankruptcy@cavps.com Dec 15 2017 01:24:18      Calvary Portfolio Services,
                 Attention: Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-1340
13602291       +E-mail/Text: bankruptcy@cavps.com Dec 15 2017 01:24:18      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13575134        E-mail/Text: mrdiscen@discover.com Dec 15 2017 01:23:44      Discover Fin,    Po Box15316,
                 Wilmington, DE 19850
13575132       +E-mail/Text: electronicbkydocs@nelnet.net Dec 15 2017 01:24:14      Dept Of Education/neln,
                 121 S 13th St,    Lincoln, NE 68508-1904
13598586        E-mail/Text: mrdiscen@discover.com Dec 15 2017 01:23:44      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13575133       +E-mail/Text: mrdiscen@discover.com Dec 15 2017 01:23:44      Discover Fin,
                 Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
13575136       +E-mail/Text: bknotice@erccollections.com Dec 15 2017 01:24:14      Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13575135       +E-mail/Text: bknotice@erccollections.com Dec 15 2017 01:24:14      Enhanced Recovery Corp,
                 Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13575137       +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 15 2017 01:23:46      Kohls/capone,
                 Po Box 3115,    Milwaukee, WI 53201-3115
13675723        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 15 2017 01:26:33
                 LVNV Funding, LLC its successors and assigns as,    assignee of FIA Card Services, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13581642       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 15 2017 01:24:12
                 Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    PO Box 2036,
                 Warren, MI 48090-2036
13575139       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 15 2017 01:24:12      Midland Funding,    8875 Aero Dr,
                 San Diego, CA 92123-2255
13647766       +E-mail/Text: bankruptcygroup@peco-energy.com Dec 15 2017 01:23:51       PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
```

```
District/off: 0313-2           User: John                  Page 2 of 2                   Date Rcvd: Dec 14, 2017
                               Form ID: pdf900             Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13678120       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 15 2017 01:26:50
                 PYOD, LLC its successors and assigns as assignee,    of Soaring Capital, LLC,
                 Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
13598988       +E-mail/Text: electronicbkydocs@nelnet.net Dec 15 2017 01:24:14      U.S. Department of Education,
                 C/O Nelnet,   3015 South Parker Road, Suite 400,   Aurora, CO 80014-2904
                                                                                              TOTAL: 24

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13643565*       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13656957*       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
                                                                                         TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2017 at the address(es) listed below:
```
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Joint Debtor Maria C. Gomez support@ymalaw.com,    ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              PAUL H. YOUNG    on behalf of Debtor Wilson H. Gomez support@ymalaw.com,    ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              THOMAS I. PULEO    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...
               wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
               York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-11CB
               Mortgage Pass-Through Certificates, Series 2006-11CB wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                               TOTAL: 8
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILSON H. GOMEZ      Chapter 13
MARIA C. GOMEZ

Debtor      Bankruptcy No. 15-15568-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: December 13, 2017**

_____
Eric L. Frank
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020

Debtor:
WILSON H. GOMEZ
MARIA C. GOMEZ
1845 ADAMS WAY

JAMISON, PA 18929